IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW JACKSON SMITH, #228 252, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 2:16cv216-WHA |
| ) | (WO) |
| BARACK H. OBAMA, President; ROBERT ) | |
| BENTLEY, Governor; JEFFERSON S. ) | |
| DUNN, Commissioner; and CORIZON ) | |
| HEALTH, ) | |
| ) | |
| Defendants. ) | |

ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14) and the Plaintiff's Objection thereto (Doc. #15). After an independent evaluation and *de novo* review of the file, the court finds the Objection to be without merit.

The basis for the Recommendation that this §1983 action be dismissed is that the Amended Complaint fails to allege any personal involvement or connection between the actions of the Defendants and the constitutional violations alleged. In his objection the Plaintiff makes reference to the original complaint regarding a conditions claim and asserts that the Defendants have authority to do something about it. The original complaint, however, is not before the court. The Plaintiff makes no specific objections to the findings and conclusions made in the Recommendation, but claims in a general fashion that the judicial system in Alabama historically acts with a political pattern of disregard for the law and the lives of inmates in the state.

The court agrees with the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Plaintiff's Objection is OVERRULED.

2. The court adopts the Recommendation of the Magistrate Judge.

3. This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. §1915(e)(2)(B)(ii).

Done this 8th day of September, 2016.

                                         _/s/ W. Harold Albritton_____
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE